E-FILED
Friday, 28 September, 2018 04:38:37 PM
Clerk, U.S. District Court, ILCD

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 1 of 15

Number of records: 235

## Case Number: 2014F0000145



Cadena vs Buck

**MICHAEL CADENA; Petitioner**
**vs**
**AMBER BUCK; Respondent**

Nature of Case: Custody

Attorneys: SAAF, ADELE
BULLINGTON, TRISTAN
SAAF, ADELE

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 05/22/2014 | | | Filing fees/fines/costs/penalties paid $111.00 on 05/22/2014, receipt # 4520539, balance remaining $.00 - CADENA, NAME REDACTED DOB: Redacted RACE: White SEX: Male . |
| 05/22/2014 | | | Petition for Custody and Other Relief filed. |
| 05/22/2014 | | | Petition for Temporary Custody filed. |
| 05/22/2014 | | | Petition to Postpone Mediation Requirement filed. |
| 05/22/2014 | | | Case set for: Case Management Conference on 7/11/2014 at 09:30 AM with Judge W Yoder, Room 3E. |
| 05/30/2014 | | | Praecipe filed. |
| 05/30/2014 | | | Summons issued to Attorney of Record. |
| 06/12/2014 | | | Affidavit of Service filed. |
| 06/30/2014 | | | Complaint for Support filed |
| 07/11/2014 | | | Mediation Ordered. |
| 07/11/2014 | | YODER, WILLIAM | Pet. for Temp Relief Cancelled. |
| 07/16/2014 | | YODER, WILLIAM | Case Management Conference Scheduled. |
| 07/16/2014 | | YODER, WILLIAM | Case Management Conference Held. Pet with Brucker; Resp with Smalley. Pet & Resp acknowledge that Pet is bio dad of minor, NAME REDACTED Paternity is established. Set for temp relief by proffer (30 min) Mediation and parenting ed ordered. APHN. Case set for: Pet. for Temp Relief on 7/25/2014 at 03:00 PM with Judge W Yoder, Room 3E. |
| 07/18/2014 | | | Filing fees/fines/costs/penalties paid $131.00 on 07/18/2014, receipt # 4521004, balance remaining $.00 - BUCK, AMBER R - DOB: 05/16/1987 RACE: White SEX: Female . |
| 07/25/2014 | | YODER, WILLIAM | Pet. for Temp Relief Held. Petitioner with Brucker, Respondent with Smalley. Cause comes on for hearing on Temporary Relief. Counsel each made proffer. Temporary Visitation ordered. See orders. Defendant's exhibits 1-5 submitted and considered. All parties have notice. Amended Mediation Order entered. Case set for: Status hearing on 9/26/2014 at 09:00 AM with Judge W Yoder, Room 3D. |
| 07/31/2014 | | | Petition to Intervene filed |
| 08/05/2014 | | | Proof of Service filed. |
| 08/28/2014 | | | Certificate of Achievement filed |

**EXHIBIT**
**1**

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 2 of 15
Number of records: 235

Case Number: 2014F0000145



Cadena vs Buck

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 09/03/2014 | | FITTON, MATTHEW | Order submitted by IDHFS permitting IDHFS to intervene and support payments made through IDHFS. Order signed. See order. |
| 09/03/2014 | | | Case set for: Complaint on 9/18/2014 at 10:00 AM with Judge MJ Fitton, Room 5B. |
| 09/03/2014 | | YODER, WILLIAM | Pet. for Temp Relief Held. |
| 09/08/2014 | | | Notice of Hearing filed. |
| 09/08/2014 | | | Notice of Hearing filed. |
| 09/08/2014 | | | Proof of Service filed. |
| 09/18/2014 | | FITTON, MATTHEW | Complaint Held. ASA D Englebrecht for IDHFS. Atty G Brucker for Pet, A Smalley for Resp. Agreed support order entered. See order. |
| 09/26/2014 | | YODER, WILLIAM | Status hearing Held. Petitioner by Brucker, Respondent by Smalley. Status and Motion to Withdraw scheduled. All parties have notice. Petitioner's counsel to notice Petitioner. Case set for: Status hearing on 11/14/2014 at 09:00 AM with Judge W Yoder, Room 3D. |
| 09/29/2014 | | | Certificate of Service filed |
| 09/29/2014 | | | Certificate of Service filed |
| 09/29/2014 | | | Notice to Withdraw filed |
| 11/14/2014 | | YODER, WILLIAM | Status hearing Held. Petitioner with Brucker, Respondent with Smalley. Parties still in mediation. Petitioner's counsel allowed to withdraw. See order. All have notice. Case set for: Status hearing on 1/16/2015 at 10:00 AM with Judge W Yoder, Room 3D. |
| 11/25/2014 | | | Mediator Report filed |
| 01/16/2015 | | YODER, WILLIAM | Status hearing Held. Petitioner pro se. Respondent by Smalley. Mediation ongoing. Status set. All have notice. Case set for: Status hearing on 4/3/2015 at 01:30 PM with Judge W Yoder, Room 3D. |
| 02/05/2015 | | YODER, WILLIAM | Status hearing Rescheduled. By agreement of all parties, status rescheduled. All have notice. Case set for: Status hearing on 5/1/2015 at 01:30 PM with Judge W Yoder, Room 3D. |
| 04/06/2015 | | | Mediator Report filed |
| 04/28/2015 | | | Correspondence-Reference Letters filed |
| 04/28/2015 | | | Memorandum of Understanding filed. |
| 04/28/2015 | | | Drug Test Results filed. |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 3   of   15
Number of records: 235

Case Number: 2014F0000145



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 05/01/2015 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner pro se, Respondent with Smalley - cause comes on for status. Petitioner's filings of 4/28/15 are ordered sealed in court file to be opened only pursuant to further order or court. Status set. All have notice.<br>Case set for: Status hearing on 7/20/2015 at 01:30 PM with Judge W Yoder, Room 3D. |
| 05/01/2015 | | | Certificate of Attendance filed |
| 06/01/2015 | | | Entry of Appearance filed |
| 06/01/2015 | | | Subpoena Duces Tecum filed |
| 06/01/2015 | | | Emergency Motion to Establish Parenting Time filed |
| 06/02/2015 | | | Filing fees/fines/costs/penalties paid $3.00 on 06/02/2015, receipt # 4523434, balance remaining $.00 - CADENA, MICHAEL BRIAN - DOB: 03/07/1974  RACE: White SEX: Male . |
| 06/10/2015 | | | Amended Emergency Motion to Establish Parenting Time and to Prevent Removal of the Minor Child from the Jurisdiction filed |
| 07/13/2015 | | | Amended Notice of Hearing filed |
| 07/20/2015 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner with Ogar, Respondent with Smalley. Status set. All have notice.<br>Case set for: Status hearing on 9/4/2015 at 09:00 AM with Judge W Yoder, Room 3D. |
| 09/04/2015 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner with Ogar, Respondent with Smalley. Settlement Conference 9/24/15. Status set. All have notice.<br>Case set for: Status hearing on 10/19/2015 at 10:30 AM with Judge W Yoder, Room 3D. |
| 10/19/2015 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner with Ogar, Respondent with Smalley. Pre-trial order entered. See order. Cause set for status. All have notice.<br>Case set for: Status hearing on 12/4/2015 at 11:30 AM with Judge W Yoder, Room 3D. |
| 10/22/2015 | | | Notice of Hearing filed. |
| 11/05/2015 | | | Certification of Counsel filed |
| 12/04/2015 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner by Ogar, Respondent by Smalley. All have notice.<br>Case set for: Status hearing on 1/15/2016 at 11:00 AM with Judge W Yoder, Room 3D. |
| 12/08/2015 | | | Proof of Service filed. |
| 12/29/2015 | | | Objection to Discovery filed. |
| 12/29/2015 | | | Motion to Compel Discovery filed. |
| 12/29/2015 | | | Notice filed |

Date: 09/27/2018 14:36                    **RECORD SHEET**                    Page: 4   of  15
Number of records: 235

## Case Number: 2014F0000145



### Cadena vs Buck

| Date | Reporter | Judge | Description |
|---|---|---|---|
| 01/15/2016 | | YODER, WILLIAM | Status hearing Held.<br>Petitioner with Ogar, Respondent with Smalley. Respondent's objection to discovery (12/29/15) denied. Respondent to comply by 3/1/16. Status set. All have notice. If one parent is incarcerated pending trial in this case, the other parent is the preferred custodian while the 1st parent is in custody. Either party may file Emergency Motion to Enforce this finding.<br>Case set for: Status hearing on 4/1/2016 at 10:00 AM with Judge W Yoder, Room 3D. |
| 01/15/2016 | | | Subpoena Duces Tecum filed |
| 01/19/2016 | | | Certificate of Compliance filed |
| 01/29/2016 | | | Certificate of Compliance filed |
| 02/09/2016 | | | Emergency Motion to Allow for Removal of the Minor Child from the State of Illinois on a Temporary Basis filed |
| 02/09/2016 | | YODER, WILLIAM | Ogar's office to notice.<br>Case set for: Emergency Hearing on 2/18/2016 at 09:00 AM with Judge W Yoder, Room 3D. |
| 02/10/2016 | | | Notice of Hearing filed. |
| 02/17/2016 | | | Motion to Allow Removal of the Minor Child for Spring Break Vacation filed |
| 02/17/2016 | | | Notice filed |
| 02/18/2016 | | YODER, WILLIAM | Emergency Hearing Held.<br>Agreed Order entered. |
| 03/09/2016 | | YODER, WILLIAM | Status hearing Rescheduled.<br>By agreement, cause reset. All have notice.<br>Case set for: Status hearing on 3/18/2016 at 11:30 AM with Judge W Yoder, Room 3D. |
| 03/11/2016 | | YODER, WILLIAM | Status hearing Rescheduled.<br>By agreement, cause reset. Smalley's office to notice.<br>Case set for: Status hearing on 4/22/2016 at 01:30 PM with Judge W Yoder, Room 3D. |
| 03/15/2016 | | | Notice filed |
| 03/29/2016 | | | Emergency Motion for Parenting Time and/or Placement filed |
| 04/01/2016 | | | Motion to Terminate Child Support filed |
| 04/12/2016 | | | Emergency Motion to Enforce Ruling Issued January 15, 2016 filed |
| 04/15/2016 | | | Case set for: Motion to Withdraw on 4/22/2016 at 01:30 PM with Judge LS Hill, Room 3A. |
| 04/19/2016 | | | Notice filed |
| 04/19/2016 | | | Motion to Withdraw filed |
| 04/20/2016 | | | Proof of Service filed. |

Date: 09/27/2018 14:36

# RECORD SHEET

## Case Number: 2014F0000145



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 04/21/2016 | | | Case set for: Motion on 6/9/2016 at 09:00 AM with Judge MJ Fitton, Room 3E. |
| 04/22/2016 | | HILL, LEE ANN | Status hearing Held. |
| 04/22/2016 | | HILL, LEE ANN | Motion to Withdraw Held. Pet by Ogar; Resp by Smalley. Order entered on Ms. Smalley's Motion to Withdraw. Due to DCFS involvement & the abuse & neglect case, this cause may need to be consolidated with the Juvenile case. |
| 04/27/2016 | | | Notice of Hearing filed. |
| 06/02/2016 | | FITZGERALD, KEVIN | Parties present in 16 JA 25. H. Ogar w/M. Cadena. Cause remains set for the Hearing to Terminate Child Support with Judge Fitton on 6-9-16. Any child related issues to be heard by Judge Fitzgerald if 16 JA 25 is still open at that time. |
| 06/09/2016 | | FITTON, MATTHEW | Motion Held. ASA D Englebrecht for IDHFS. Order entered. See order. Case set for: Motion on 8/25/2016 at 09:30 AM with Judge MJ Fitton, Room 3E. |
| 06/14/2016 | | | Proof of Service filed. |
| 08/17/2016 | | | Notice of Hearing filed. |
| 08/25/2016 | | FITTON, MATTHEW | Motion Continued. Case set for: Motion on 11/17/2016 at 09:45 AM with Judge MJ Fitton, Room 3E. |
| 11/17/2016 | | FITTON, MATTHEW | Motion Held. Atty Ogar for Pet; ASA Englebrecht for IDHFS. Resp present w/o counsel. See Order. |
| 01/31/2017 | | | Postal address change filed |
| 03/22/2017 | | | Filing fees/fines/costs/penalties paid $7.00 on 03/22/2017, receipt # 4527751, balance remaining $.00 - BUCK, AMBER ROSE - DOB: 05/16/1987 RACE: White SEX: Female . |
| 07/03/2017 | | | Petition for Injunctive Relief filed |
| 07/07/2017 | | | Filing fees/fines/costs/penalties paid $5.00 on 07/07/2017, receipt # 4528411, balance remaining $.00 - CADENA, MICHAEL BRIAN - DOB: 03/07/1974 RACE: White SEX: Male . |
| 07/10/2017 | | | Case set for: Motion on 8/28/2017 at 11:30 AM with Judge LS Hill, Room 3A. |
| 07/12/2017 | | | Change of Name/Address and Inquiries filed |
| 07/18/2017 | | | Notice of Hearing filed. |
| 08/01/2017 | | | Affidavit of Process Server filed |
| 08/18/2017 | | | Motion to Dismiss Petition for Injunctive Relief filed |

Date: 09/27/2018 14:36          **RECORD SHEET**          Page: 6    of  15
                                                          Number of records: 235

**Case Number: 2014F0000145**



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 08/28/2017 | | HILL, LEE ANN | Motion Held.<br>Pet by Ogar; Resp by Bullington. Resp is granted leave to file the Amended Petition for Injucitive Relief. Exhibit A of Resp. Pet for Injudtive Relief is Ordered to be sealed. AHN.<br>Case set for: Status hearing on 9/22/2017 at 10:00 AM with Judge LS Hill, Room 3A. |
| 08/28/2017 | | | First Amended Petition for Injunctive Relief filed |
| 08/28/2017 | | | Response to Petitioner's Motion To Dismiss Petition for Injunctive Relief filed |
| 09/20/2017 | | FITZGERALD, KEVIN | 16 JA 26 is now closed.  Any further child issues regarding NAME REDACTED　　　　　are to be heard in this case. |
| 09/22/2017 | | HILL, LEE ANN | Status hearing Held.<br>Pet by Saaf; Resp by Bullington. Stip filed & entered. Pet has filed Response & Petition for Injunctive Relief. Argument taken on Resp Emergency Motion on Telephone Contact. The Court finds that is appropriate that the child and Resp have telephone contact beginning with a schedule to be complemented as soon as possible. 2 calls to occur during weekdays early evening and 1 call on weekend mornings. Hearing on merits. See Order.<br>Pet Exh B attached to the Response and Amended Pet is ordered sealed by the Court. AHN.<br>Case set for: Hearing (1/2 day) on 11/14/2017 at 01:30 PM with Judge LS Hill, Room 3A. |
| 10/04/2017 | | | Motion to Dismiss filed |
| 10/04/2017 | | | Notice of Hearing filed |
| 10/04/2017 | | | Response to Petitioner's CounterPetition filed |
| 11/06/2017 | | | Petitioner's Response to Respondent's Motion to Dismiss filed |
| 11/09/2017 | | | Subpeona For Deposition filed |
| 11/09/2017 | | | Rider to Subpeona Deposition filed |
| 11/09/2017 | | | Subpeona for Deposition filed |
| 11/09/2017 | | | Rider to Subpeona For Depostion filed |
| 11/14/2017 | | | Clerk's Exhibit of Record filed. |

Date: 09/27/2018 14:36           **RECORD SHEET**           Page: 7   of   15

Number of records: 235

## Case Number: 2014F0000145



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 11/14/2017 | Banks, Donna | HILL, LEE ANN | Hearing (1/2 day) Held.<br>Pet by Saaf; Resp by Bullington. Cause comes on for hearing on the Resp's Pet for Injunctive Relief. Resp sworn & testifies. Subject to cross. Redirect. No recross. No additional evidence. Resp calls DCFS Case Worker (Roberts). Witness is barred from testifying in this matter. Pet is sworn & testifies, NAME REDACTED Pet #1, #6 (objection sustained) Pet #7 refused, Pet #8. Cross exam, redirect. Pet calls Dr. Carol Gorfinkel (clinical psych). Argument taken on whether the Psych may testify. Court believes the witness is not relevant at this time. Witness is barred. Argument taken on the injunctive relief. Court finds that the request for injunctive relief should be allowed and that the Pet should return to the State of Illinois w/in 60 days with the child. AHN.<br>Case set for: Status hearing on 2/2/2018 at 08:45 AM with Judge LS Hill, Room 3A. |
| 12/14/2017 | | | Motion to Vacate and for Rehearing filed |
| 12/15/2017 | | | Case set for: Motion on 1/5/2018 at 09:00 AM with Judge LS Hill, Room 3A. |
| 12/21/2017 | | | Subpoena filed |
| 12/21/2017 | | | Subpoena filed |
| 12/21/2017 | | | Notice of Rule 204(a) Records Deposition filed |
| 12/21/2017 | | | Notice of Rule 204(a) Records Deposition filed |
| 01/04/2018 | | | Reponse to Petitioner's Motion to Vacate, and For Re-Hearing filed |
| 01/05/2018 | Doerr, Lisa | HILL, LEE ANN | Motion Held.<br>Pet by Saaf; Resp w/Bullington. Argument taken on the Petitioner's Motion to Vacate, is heard & argued. Court denies the Petitioner's Motion to vacate. Status as set. |
| 01/08/2018 | | | Notice of Interlocutory Appeal filed |
| 01/12/2018 | | | Interlocutory Appeal E-filed with appellate court. Copy of NOA sent to Judge Hill, Court reporters- Banks and Doerr. |
| 01/16/2018 | | | Verified Petition for adjudication of Indirect Civil Contempt filed. |
| 01/16/2018 | | | Report of proceedings filed (Banks 11/14/17). |
| 01/17/2018 | | | Correspondence from appellate court filed. |
| 01/19/2018 | | | Report of proceed filed (Doerr 01/05/18). |
| 01/26/2018 | | | Filing fees/fines/costs/penalties paid $195.00 on 01/26/2018, receipt # 4529602, balance remaining $.00 - CADENA, MICHAEL BRIAN - DOB: 03/07/1974 RACE: White SEX: Male . |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 8  of  15

Number of records: 235

**Case Number: 2014F0000145**



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 02/02/2018 | | HILL, LEE ANN | Status hearing Held. Pet by Saaf; Resp w/Bullington. Argument taken on the issuance of Resp RSC and the setting of a hearing on that rule. Court declines to act on the lack of request for a stay enforcement. Cause shall be set for a hearing on the Resp Pet for Contempt pending a ruling from the Appellate Court on the interlockutory appeal. AHN. In the event the Court is affirmed the Pet is ordered to be present at the hearing with the minor child. Case set for: Hearing (1 hour) on 4/27/2018 at 09:30 AM with Judge LS Hill, Room 3A. |
| 02/02/2018 | | | Record of appeal prepared, certified and E-filed with appellate court. Copy of certifcation filed. |
| 02/06/2018 | | | Proposed Rule to Show Cause submitted |
| 02/13/2018 | | HILL, LEE ANN | RSC signed. Hearing as set. |
| 02/14/2018 | | | Rule to Show Cause efiled |
| 02/15/2018 | | | Appellate court order entered. |
| 03/07/2018 | | | 02/02/2018 Postal COA filed |
| 03/13/2018 | | | Certifcate of Service filed |
| 03/13/2018 | | | Petition for Allocation of Permanent and Temporary Parenting Time and Allocation of Decision-Making Authority filed |
| 04/20/2018 | | | Case set for: Motion to Compel on 4/27/2018 at 09:30 AM with Judge LS Hill, Room 3A. |
| 04/20/2018 | | | EFILE DOCKETING - Motion to Compel filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 04/23/2018 | | | Case set for: Motion to Continue on 4/27/2018 at 09:30 AM with Judge LS Hill, Room 3A. |
| 04/23/2018 | | | EFILE DOCKETING - Motion to Continue filed   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 04/23/2018 | | | EFILE DOCKETING - Notice filed   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 04/26/2018 | | | EFILE DOCKETING - Response to Petitioner's Motion to Continue filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 04/26/2018 | | | EFILE DOCKETING - Reply to Respondent's Response to Motion to Continue filed   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 04/27/2018 | | HILL, LEE ANN | Motion to Continue Held. |
| 04/27/2018 | | HILL, LEE ANN | Motion to Compel Continued. |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 9    of  15
Number of records: 235

## Case Number: 2014F0000145



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 04/27/2018 | | HILL, LEE ANN | Hearing (1 hour) Continued.<br>Pet by Saaf; Resp by Bullington. Pet Motion to Continue heard and argued. Motion is allowed. Pet Ordered to appear w/the minor child at next hearing or the Court will issue a Warrant for the Pet's arrest. AHN. Motion to Compel to be heard w/RSC.<br>Case set for: Rule to Show Cause on 6/1/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 05/04/2018 | | | EFILE DOCKETING - Proposed Rule to Show Cause submitted   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/14/2018 | | HILL, LEE ANN | RSC entered. See RSC. |
| 05/14/2018 | | | EFILE DOCKETING - Rule to Show Cause efiled   FILED BY: Sandra Russell   FIRM: McLean County Circuit Court |
| 05/14/2018 | | | EFILE DOCKETING - Motion for Courts to Communicate with Sister State Court Regarding Out-of-State Proceedings filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/14/2018 | | | EFILE DOCKETING - Subpoena for Deposition filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation<br>EFILE DOCKETING - Rider to Subpoena for Deposition attached   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/15/2018 | | | EFILE DOCKETING - Notice of Hearing filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/22/2018 | | | EFILE DOCKETING - Second Petition for Adjudication of Indirect Civil Contempt filed   FILED BY: Valerie Bolte   FIRM: Meyer Capel, A Professional Corporation |
| 05/22/2018 | | | EFILE DOCKETING - Proposed Order Submitted   FILED BY: Valerie Bolte   FIRM: Meyer Capel, A Professional Corporation |
| 05/29/2018 | | | Case set for: Motion on 6/1/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 05/29/2018 | | | EFILE DOCKETING - MOTION TO STAY PROCEEDINGS.pdf   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 05/29/2018 | | | EFILE DOCKETING - NOTICE OF HEARING.MOTION TO STAY.pdf   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 05/29/2018 | | | EFILE DOCKETING - RESPONSE TO MOTION FOR COURTS TO COMMUNICATE.pdf   FILED BY: ADELE SAAF   FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 05/30/2018 | | HILL, LEE ANN | RSC entered. |
| 05/30/2018 | | | EFILE DOCKETING - Rule To Show Cause efiled   FILED BY: Sandra Russell   FIRM: McLean County Circuit Court |

Date: 09/27/2018 14:36          **RECORD SHEET**          Page: 10    of   15
                                                          Number of records: 235

Case Number: **2014F0000145**



<u>**Cadena vs Buck**</u>

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 05/30/2018 | | | EFILE DOCKETING  -  Motion for Finding of Inconvenient Forum and to Decline Jurisdiction filed   FILED BY: ADELE SAAF  FIRM: ADELE M SAAF, ATTORNEY AT LAW |
| 05/31/2018 | | | EFILE DOCKETING  -  Subpoena for Deposition filed    FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation<br>EFILE DOCKETING  -  Rider to Subpoena for Deposition attached.   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/31/2018 | | | EFILE DOCKETING  -  Notice of Records Deposition filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/31/2018 | | | EFILE DOCKETING  -  Respondent's Motion to Strike and Seal filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/31/2018 | | | EFILE DOCKETING  -  Response to Petitioner's Motion to Stay Proceedings Pending Resolution of Jurisdiction filed    FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/31/2018 | | | EFILE DOCKETING  -  Response to Petitioner's Motion to Stay Proceedings Pending Resolution of Jurisdiction filed    FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 05/31/2018 | | | EFILE DOCKETING  -  Response to Motion for Finding of Incovenient Forum into Declined Jurisdiction Pursuant to ILCS filed   FILED BY: Ashley Backer   FIRM: Meyer Capel, A Professional Corporation |
| 06/01/2018 | | | EFILE DOCKETING  -  APPELLATE COURT MANDATE (AFFIRMED) e-filed   FILED BY: Sophia Ratzsch   FIRM: McLean County Circuit Court |
| 06/01/2018 | | | EFILE DOCKETING  -  Reply to Petitioner's Response to Motion for Courts to Communicate with Sister State regarding Out-of-State Proceedings filed |
| 06/01/2018 | | HILL, LEE ANN | Rule to Show Cause Held. |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 11 of 15
Number of records: 235

**Case Number: 2014F0000145**



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 06/01/2018 | Banks, Donna | HILL, LEE ANN | Motion Held.<br>Pet by Saaf; Resp by Bullington. MTC discovery may be resolved. Hearing on the Motion on file for the purposes of potential sanctions to the RSC. Court finds the Petitioner in Indirect Civil Contempt. See Order on Contempt. Motion to Stay & Motion for Communication are set today. MTS is moot. Motion for Communication is reserved. Pet Motion on Finding of Forum non-conv is set w/the purge hearing. The Pet on Temp Relief on Parenting Time is set. AHN.<br>As to the issue of Resp Motion to Strike and Seal, the Parties agree that the Pet's Motion to stay contains confidential information & now that the issue is moot the Pet's Motion shall be sealed in its entirety by the Clerk.<br>Case set for: Hearing on 6/8/2018 at 03:30 PM with Judge LS Hill, Room 3A. |
| 06/01/2018 | | | Case set for: Hearing (1/2 day) on 7/16/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 06/04/2018 | | | EFILE DOCKETING - Petitioners Objection filed |
| 06/04/2018 | | | EFILE DOCKETING - Notice of Hearing filed |
| 06/04/2018 | | | EFILE DOCKETING - Notice of Hearing filed |
| 06/04/2018 | | | Case set for: Motion to Continue on 6/8/2018 at 03:30 PM with Judge LS Hill, Room 3A. |
| 06/04/2018 | | | EFILE DOCKETING - MOTION TO CONTINUE.INCONVENIENT FORUM.pdf |
| 06/04/2018 | | | EFILE DOCKETING - Notice of Hearing on Motion to Continue filed |
| 06/05/2018 | | | EFILE DOCKETING - Motion to Reconsider filed |
| 06/05/2018 | | | EFILE DOCKETING - Notice filed |
| 06/06/2018 | | | EFILE DOCKETING - Response to Motion to Reconsider filed |
| 06/06/2018 | | | EFILE DOCKETING - Response to Petitioner's Objection filed |
| 06/08/2018 | Roberts, Isaiah | HILL, LEE ANN | Motion to Continue Held.<br>Pet by Saaf; Resp by Bullington. Argument taken on the Petitioner's Motion to Reconsider. Motion is denied. The Court orders that a bench warrant issue for the Petitioner's arrest and that bond be set at $25000.00 cash, no 10%. Warrant to have no geographical limits. Warrant is stayed until 6/13/18. If the Petitioner does not return with the minor child by 6/13/18 at 4:00 p.m.<br>The warrant shall issue and the Respondent may travel to the State of Massachusetts to retrieve the minor child. AHN.<br>Case set for: Status hearing on 6/13/2018 at 04:00 PM with Judge LS Hill, Room 3A. |
| 06/13/2018 | | HILL, LEE ANN | Correspondence, Order & Warrant forwarded to Judge J. Casey in Massachusetts. Copies of correspondence to both Counsel. |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 12   of   15
Number of records: 235

## Case Number: 2014F0000145



## Cadena vs Buck

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 06/13/2018 | | | Warrant issued-copies filed |
| 06/13/2018 | | | EFILE DOCKETING - Correspondence efiled |
| 06/13/2018 | | | EFILE DOCKETING - Warrant of Arrest efiled |
| 06/13/2018 | | | EFILE DOCKETING - Order efiled |
| 06/13/2018 | | HILL, LEE ANN | Hearing Held.<br>Pet by Saaf; Resp by Bullington. Petitioner has failed to appear. The Warrant shall issue $25000/10%. The Respondent shall be allowed to travel to Massachusetts to retrieve the minor child. See Order on the finding of Contempt, Bench Warrant & transfer of temporary custody. |
| 06/13/2018 | | HILL, LEE ANN | Status hearing Held. |
| 06/13/2018 | | | EFILE DOCKETING - Motion to Vacate Bond, to Determine Childs Best Interest, and to Recall Warrant Pending Determination of Childs Best Interest filed |
| 06/19/2018 | | | EFILE DOCKETING - Motion to Quash filed |
| 06/19/2018 | | | EFILE DOCKETING - Emergency Motion to Vacate Bond, to Determine Child's Best Interest, and to Recall Warrant Pending Determination of Child's Best Interest filed |
| 06/28/2018 | | HILL, LEE ANN | Hearing (1/2 day) Rescheduled.<br>Case set for: Status hearing on 7/16/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 06/28/2018 | | | Case set for: Motion to Quash on 9/17/2018 at 03:30 PM with Judge LS Hill, Room 3A. |
| 06/28/2018 | | | EFILE DOCKETING - Notice of Hearing filed |
| 06/28/2018 | | HILL, LEE ANN | Status hearing Scheduled. |
| 06/29/2018 | | | Filing fees/fines/costs/penalties paid $51.00 on 06/29/2018, receipt # 4530472, balance remaining $.00 - BUCK, AMBER ROSE - DOB: 05/16/1987 RACE: White SEX: Female . |
| 07/11/2018 | | | EFILE DOCKETING - MOTION TO CONTINUE.pdf |
| 07/11/2018 | | | EFILE DOCKETING - NOTICE.pdf |
| 07/11/2018 | | | EFILE DOCKETING - Notice of Hearing 7-16-18.pdf |
| 07/12/2018 | | | Motion to Continue added to hearing date. |
| 07/12/2018 | | | Case set for: Motion to Continue on 7/16/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 07/16/2018 | | | EFILE DOCKETING - Petition for Adjudication of Direct and Indirect Criminal Contempt filed |
| 07/16/2018 | | HILL, LEE ANN | Status hearing Held. |

Date: 09/27/2018 14:36

# RECORD SHEET

Page: 13 of 15
Number of records: 235

## Case Number: 2014F0000145



### Cadena vs Buck

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 07/16/2018 | | HILL, LEE ANN | Motion to Continue Held.<br>Pet by Saaf; Resp by Bullington. Argument taken by Resp Counsel as to the issue of Direct Civil Contempt. Pet to respond by 9:00 am. 7/23/18. AHN.<br>Case set for: Hearing on 7/25/2018 at 01:30 PM with Judge LS Hill, Room 3A. |
| 07/16/2018 | | | EFILE DOCKETING - Notice of Hearing filed |
| 07/18/2018 | | | EFILE DOCKETING - Certificate of Service filed |
| 07/23/2018 | | | EFILE DOCKETING - MOTION TO DISMISS.pdf |
| 07/23/2018 | | | Motion to Dismiss Counts I, II, III, IV, V, and VI of Petition for Adjudication of Direct and Indirect Criminal Contempt filed |
| 07/24/2018 | | | EFILE DOCKETING - Response to Motion to Dismiss Petition for Direct and Indirect Criminal Contempt.pdf |
| 07/24/2018 | | | EFILE DOCKETING - Reply to Response to Motion to Dismiss filed |
| 07/25/2018 | | | EFILE DOCKETING - AMENDED REPLY TO RESPONSE TO MOTION TO DISMISS.pdf |
| 07/25/2018 | Roberts, Isaiah | HILL, LEE ANN | Hearing Held.<br>Pet by Saaf; Resp by Bullington. Argument taken on Petitioner's MTD the Petition for Direct/Indirect Criminal Contempt. Petitioner's MTD is denied. Due process hearing as to the Indirect Criminal Contempt & Court reserves ruling on Direct Criminal Contempt. AHN. Court reporter needed. Hearing on all Motions for Discovery & Sanctions & Warrant Recall. Court will address setting Petition for Allocation of Parenting Time.<br>Case set for: Hearing (2 hours) on 9/7/2018 at 10:00 AM with Judge LS Hill, Room 3A. |
| 07/25/2018 | | | Case set for: Hearing on 8/8/2018 at 02:30 PM with Judge LS Hill, Room 3A. |
| 08/01/2018 | | | EFILE DOCKETING - Notice of Hearing filed |
| 08/03/2018 | | | EFILE DOCKETING - Supplemental Motion for Involuntary Dismissal of Petition for Adjuditcation of Direct and Indirect Criminal Contempt filed |
| 08/06/2018 | | | EFILE DOCKETING - Notice filed |

# RECORD SHEET

## Case Number: 2014F0000145



**Cadena vs Buck**

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 08/08/2018 | | HILL, LEE ANN | Hearing Held.<br>Pet by Saaf; Resp by Bullington. Argument taken on the Petitioner's Motion to Dismiss the Respondent's Petition for both Direct & Indirect Criminal Contempt. The Court allows the Petitioner's Motion to Dismiss the Petition for Indirect Criminal Contempt but allows Counsel for the Respondent to refile his Petition as a "CC" seperate cause of action under 2/615 as to the Petitioner's request to dismiss the Petition for Direct Criminal Contempt.<br>The Petitioner's Motion is denied. The Court reserves its formal ruling on that issue until after the 8/31/18 hearing in Massachusetts. This Court's ruling to be delivered at the hearing that is currently set on 9/7/18. AHN. |
| 08/21/2018 | | | 08/15/2018 Postal COA filed |
| 09/05/2018 | | | Case set for: Motion on 9/7/2018 at 10:00 AM with Judge LS Hill, Room 3A. |
| 09/05/2018 | | | EFILE DOCKETING  -  Notice filed |
| 09/07/2018 | | HILL, LEE ANN | Motion Held. |
| 09/07/2018 | Doerr, Lisa | HILL, LEE ANN | Hearing (2 hours) Held.<br>Pet by Saaf; Resp by Bullington. Argument taken on Resp Motion to Dismiss Count 2. Resp Motion is allowed. Motion to Compel heard. Some discovery has been provided but is incomplete/deficient. The Court reserves ruling on the MTC until such time as it becomes relevant to the best interest hearing. Default to be cured w/in 21 days. Argument taken on Civil Contempt, Sanctions also. Court finds that the Petitioner is in continuing civil contempt.<br>Court shall bar Petitioner from filing any further pleadings on the issue of contempt until such time as he appers before the Court. Petitioner is found in direct Criminal Contempt. Warrant to issue, bond set $25000, no 10%. Cause set for Sentencing and Resp Motion to Quash.<br>Case set for: Motion to Quash on 9/17/2018 at 03:30 PM with Judge LS Hill, Room 3A. |
| 09/07/2018 | | | Warrant issued-copies filed |
| 09/07/2018 | | | EFILE DOCKETING  -  Warrant of Arrest efiled |
| 09/07/2018 | | | EFILE DOCKETING  -  Notice of Hearing filed |
| 09/11/2018 | | HILL, LEE ANN | Order on Contempt entered. See Order. Copies via USPS. |
| 09/11/2018 | | | EFILE DOCKETING  -  Order on Direct Civil Contempt efiled |
| 09/17/2018 | | | EFILE DOCKETING  -  Correspondence filed |
| 09/17/2018 | | | EFILE DOCKETING  -  Certificate of Service filed |
| 09/17/2018 | | | EFILE DOCKETING  -  Supplemental Certificate of Service filed |
| 09/17/2018 | | HILL, LEE ANN | Motion to Quash Held. |

# RECORD SHEET

**Case Number: 2014F0000145**

<u>Cadena vs Buck</u>

| Date | Reporter | Judge | Description |
|------|----------|-------|-------------|
| 09/17/2018 | Newcomer, Diane | HILL, LEE ANN | Motion to Compel Held.<br>Pet by Saaf; Resp by Bullington. Ms. Ogar (prior counsel of the Pet). Cause comes on for Motion to Quash the Subpoena served on Ms. Ogar. Argument taken of the parties. Motion to Quash allowed in part. See Order. Motion to Compel appears to be complied w/at this time. If any continuing deficiencies Resp counsel will notice the Motion to Compel for hearing. MTC is continued generally. Hearing on the procedure needed to enforce the warrant set.<br>Also, Court shall inform the parties if the case shall be re-assigned to a new Judge at that time or if it shall remain w/this Court until its December retirement date. Sentencing shall be continued. AHN.<br>Case set for: Sentencing on 9/27/2018 at 03:00 PM with Judge LS Hill, Room 3A. |
| 09/17/2018 | | | EFILE DOCKETING - Order efiled |
| 09/19/2018 | | | EFILE DOCKETING - Notice of Massachusetts Court Decision filed |
| 09/19/2018 | | | EFILE DOCKETING - Subpeona filed |
| 09/19/2018 | | | EFILE DOCKETING - Notice of Hearing filed |

# EXHIBIT 2 –

**Copies of all pleadings and orders issued in the state court action.**

Given the large size, we are uploading a placeholder on CM/ECF and mailing the paper copy of the entire exhibit to the Court as directed by Local Rule 5.8(A)

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

| | | |
|---|---|---|
| **MICHAEL CADENA** | ) | |
| Petitioner, | ) | |
| | ) | |
| and | ) | No: 14-F-145 |
| | ) | |
| **AMBER BUCK** | ) | |
| Respondent | ) | |

FILED
McLEAN
MAY 2 2 2014
CIRCUIT CLERK

**FIRST CASE MANAGEMENT CONFERENCE**
**BEFORE JUDGE** Yoder
**SET ON** 7-11-14 **AT** 9:30 AM/PM

## PETITION FOR CUSTODY AND OTHER RELIEF

**NOW COMES** the Petitioner, **MICHAEL CADENA** by and through his attorney, Gene Carson Brucker of Brucker Scoles, LLC and for his Petition For Custody states as follows:

1.     That the Petitioner, MICHAEL CADENA is 40 years of age, resides at 1205 Dogwood Lane, Bloomington, Illinois and is employed as a Solutions Architect with Hewlett Packard.

2.     That the Respondent is AMBER BUCK is 26 years of age, resides at 1414 Butcher's Lane, Bloomington, Illinois and is not employed.

3.     That the minor child, Redacted a boy, was born at Advocate Bromenn Regional Medical Center in Normal Illinois on the DOB Redacted

4.     That the Respondent-Mother is the biological and legal mother of the minor child.

5.     That the Petitioner-Father is the biological and legal Father of the minor child, and should be presumed to be the biological and legal father pursuant to 750 ILCS 5/45. A copy


**EXHIBIT**
**2**

15

STATE OF ILLINOIS
IN THE CIRCUIT COURT FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

| | |
|---|---|
| **MICHAEL CADENA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| AND | ) **No. 14 F 145** |
| | ) |
| **AMBER BUCK,** | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on September 28, 2018, Petitioner, Michael Cadena, filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, removing the above-captioned action, and all claims and causes of action therein, from the Circuit Court of Illinois of McLean County to the United States District Court for the Central District of Illinois. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, upon filing of the Notice of Removal with the Clerk of the United States District Court for the Central District of Illinois, and filing copies thereof with the Clerk of the Circuit Court for McLean County, Illinois, the Petitioner has effected removal and the Circuit Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Dated: September 28, 2018.

MICHAEL CADENA, Petitioner

By _____
ADELE M. SAAF
His Attorney

**EXHIBIT**
3

ADELE M. SAAF
Attorney at Law
306 East Grove Street
Bloomington, Illinois 61701
ARDC: 6231256
TEL: (309) 827-3700
FAX: (309) 828-4496
EMAIL: saaf_law@yahoo.com

## PROOF OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the following by First Class U.S. Mail, with proper postage prepaid, from Bloomington, Illinois, on the 28th day of September, at approximately 5:00PM:

> Tristan N. Bullington
> Meyer Capel
> 202 N Center St Ste 2
> Bloomington IL 61701

ADELE M. SAAF

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CASE NO. _____

AMBER BUCK,

      Plaintiff,

v.

MICHAEL CADENA,

      Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant, Michael Cadena, by his undersigned attorneys, hereby removes the above-captioned action, and all claims and causes of action therein, from the Circuit Court of Illinois of McLean County, where it is currently pending as Case No. 14-F-145, to the United States District Court for the Central District of Illinois,

    As grounds therefor, the Defendant states:

### BACKGROUND AND FOUNDATION FOR REMOVAL

1. On or about July 3, 2017, Plaintiff, Amber Buck, commenced an action in the Circuit Court of Illinois of McLean County against Defendant, Michael Cadena, for Injunctive Relief requiring that Defendant be required to return the child to the State of Illinois.

**EXHIBIT**

**1**

2. On September 11, 2018, the Circuit Court entered an Order on Direct Criminal Contempt by Motion of the Plaintiff without a hearing and for actions <u>not</u> committed in the Court's actual presence.

3. On September 27, 2018, the Defendant was sentenced to serve the maximum sentence of six months in prison for being found in Direct Criminal Contempt. To do so, the Circuit Court Judge, in tandem with the Plaintiff, required the presence of the local sheriff to determine how to fashion valid warrants and enforce extraditions before modifying the warrant for Defendant's arrest accordingly.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 on the grounds that this case involves questions of federal constitutional law, and pursuant to 28 U.S.C. § 1332(a) on the grounds that complete diversity exists between all parties and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Timing is proper under 28 U.S.C. § 1446(b)(3) because the September 11, 2018 Order is the first paper from which it can be ascertained that this case is one which has become removable under 28 U.S.C. § 1331.

6. Venue is proper in this Court because the State Court Action is pending in Bloomington, Illinois under 28 U.S.C. § 1441(a). *See also* 28 U.S.C. § 93 (b) (listing the counties within the Central District of Illinois).

## FEDERAL QUESTION JURISDICTION EXISTS

7. This case is removable under 28 U.S.C. § 1441 because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. §

1331. Specifically, Plaintiff's claim and Judge's finding that Defendant was in criminal contempt concerns Defendant's constitutional right to due process under the Fourteenth Amendment to the U.S. Constitution. The Defendant was denied due process of law when he was not given a hearing before being found in criminal contempt and suffered a violation of his right to life, liberty, and the pursuit of happiness.

8. To the extent that Plaintiff's claim concerns a question of direct or indirect criminal contempt, the facts indicate that the Defendant was still denied his constitutional rights given that the actions the Judge found contumacious occurred outside of her actual presence, and she still proceeded to deny his right to hearing and due process.

9. The Defendant's due process rights were further violated when the Circuit Court Judge proceeded to act in an unconstitutional manner that infringed on the enforcement actions of the Executive Branch, eroding and violating the Separation of Powers Provisions of the U.S. Constitution, effectively denying the Defendant fair treatment through the normal judicial system.

10. Moreover, the Defendant maintains that he had a constitutional right to act in the manner that he did when the Order for Criminal Contempt was issued, so he was denied his constitutional right given that the Judge found these acts to be contumacious and denied his right to hearing and due process.

11. In addition, Plaintiff's claims and Judge's Order on Defendant's allegedly contumacious acts concern Defendant's constitutional and fundamental right to protect, rear, and direct the upbringing of his child under his control.

## DIVERSITY JURISDICTION EXISTS

12. This case is further removable under 28 U.S.C. § 1441(b) because this is a civil action in which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. § 1332. Specifically, Plaintiff is a citizen of the State of Illinois, whereas Defendant is a citizen of the Commonwealth of Massachusetts.

13. Further, the amount in controversy is at least $300,000, given that Plaintiff's claim of criminal contempt has or will result in Defendant suffering damages from a $25,000 bond for his bench warrant (no 10% to apply), lost wages in the amount of $47,538, lost wages for his mother in the amount of $24,170, cross-country moving costs for himself and his son in the amount of $15,000, moving costs and housing costs for caring for his mother in the amount of $30,000, severe emotional distress and therapy costs for his son in the amount of $50,000, and Defendant's severe emotional distress, humiliation, mental anguish, anxiety, exacerbation of Post-Traumatic Stress Disorder and therapy costs in the amount of $110,000.

## OTHER REMOVAL PREREQUISITES ARE MET

14. Plaintiff's Petition for Injunctive Relief was filed on July 20, 2017. Defendant was found to be in criminal contempt on September 11, 2018, thereby giving rise to the afore-mentioned federal questions now at issue. Though this Notice of Removal was not filed within one year of the commencement of the action, this notice of removal is filed within 30 days of receipt of the Order on Direct Criminal Contempt and is therefore timely under 28 U.S.C. § 1446(b).

15. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this notice the following papers, which are all of the process, pleadings, and orders served on it prior to removal of this action:

a. Civil case docket sheet for the state court action, *attached hereto as* ***Exhibit 1***; and

b. All pleadings and orders in the state court action, *attached hereto as* ***Exhibit 2***.

16. Pursuant to 28 U.S.C. § 1446(d), a Notice to Adverse Party of Removal to Federal Court, *attached hereto as* ***Exhibit 3***, together with this Notice of Removal will be served upon Counsel for the Plaintiff, and will be filed with the clerk of the Circuit Court of Illinois of McLean County. That filing will automatically effect the removal of the subject action to this Court, in its entirety, for future proceedings pursuant to 28 U.S.C. § 1446(d).

17. If any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to submit briefing and oral argument and to conduct discovery in support of his position that subject matter jurisdiction exists.

WHEREFORE, the Defendant requests that the action now pending before the Circuit Court of Illinois of McLean County, Civil Action No. 14-F-145, be removed to this Court.

Dated: September 28, 2018.

Respectfully submitted,

MICHAEL CADENA

By his Attorney,

s/ Diane Nordbye
Diane Nordbye, Esq.
MA BBO No. 689319
SHAPIRO LAW GROUP
305 East Grove Street
Bloomington, Illinois 61701
T: 309.827.3700
F: 309.828.4496

## CERTIFICATE OF SERVICE

I, Diane Nordbye, Esq. hereby certify that I caused a copy of the foregoing documents to be served via United States Postal Service, with proper postage prepaid, from Woburn, Massachusetts on the 28th day of September, 2018, at approximately 5:00 p.m. to the following:

Tristan Bullington, Esq.
MEYER CAPEL
202 North Center Street, Suite 2
Bloomington, Illinois 61701

s/ Diane Nordbye
Diane Nordbye, Esq.